In the Matter of SPENCER C. YOUNG, Respondent. COLEMAN B. CHENEY et al., as Candidates of Socialist Party, Appellants.

Argued October 25, 1946; decided October 25, 1946.

*Joseph G. Glass* for appellants.

*Robert E. Whalen, Sharon J. Mauhs, Robert J. Laffin, George Myers, Sol Rubenstein* and *Russell G. Hunt* for respondent.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* of counsel), for Secretary of State.

Order affirmed, without costs on the authority of *Matter of Young (Industrial Government Party)* (296 N. Y. 684), decided herewith. Application by Secretary of State to cancel and revoke by telegram his certification of the candidates, etc., granted. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DYE, JJ. DESMOND, THACHER and FULD, JJ., dissent for reasons stated in their dissenting memorandum in *Matter of Young (Industrial Government Party)* (296 N. Y. 684), decided herewith.